**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Ritchie Risk-Linked Strategies, L.L.C. |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | None |
| **3. Debtor's federal Employer Identification Number (EIN)** | 20-1810458 |
| **4. Debtor's address** | **Principal place of business**<br>200 Continental Drive<br>Number    Street<br><br>Newark    DE    19713<br>City    State    ZIP Code<br><br>New Castle<br>County | **Mailing address, if different from principal place of business**<br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number    Street<br><br>City    State    ZIP Code |
| **5. Debtor's website (URL)** | None |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 1

Debtor  __Ritchie Risk-Linked Strategies, L.L.C.__    Case number (*if known*) _____
           Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>__525990__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.    District _____    When __MM/DD/YYYY__    Case number _____<br>          District _____    When __MM/DD/YYYY__    Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.    Debtor _____    Relationship _____<br>          District _____    When __MM/DD/YYYY__<br>          Case number, if known _____ |

Debtor  Ritchie Risk-Linked Strategies, L.L.C.                                    Case number (*if known*) _____
         *Name*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number    Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　☐ 1,000-5,000　　　☐ 25,001-50,000
☐ 50-99　　　☐ 5,001-10,000　　　☐ 50,001-100,000
☐ 100-199　　☐ 10,001-25,000　　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☒ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor  Ritchie Risk-Linked Strategies, L.L.C.  
      Name

Case number (if known) _____

16. Estimated liabilities
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☒ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

   - The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
   - I have been authorized to file this petition on behalf of the debtor.
   - I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  06/28/2018  
         MM / DD / YYYY

   X _____        Mark Azzopardi  
   Signature of authorized representative of debtor        Printed name

   Title  Director of Ritchie Capital Management, L.L.C., manager of Ritchie Partners, L.L.C., managing member of Ritchie Risk-Linked Strategies, L.L.C.

18. Signature of attorney

   X _____        Date  06/28/2018  
   Signature of attorney for debtor        MM / DD / YYYY

   Kurt F. Gwynne  
   Printed name  
   Reed Smith LLP  
   Firm name  
   1201    North Market Street, Suite 1500  
   Number    Street  
   Wilmington                                      DE        19801  
   City                                            State     ZIP Code

   302-778-7500                          kgwynne@reedsmith.com  
   Contact phone                         Email address

   3951                                  DE  
   Bar number                            State

## ACTION BY WRITTEN CONSENT

## OF THE MANAGING MEMBER

## OF

## RITCHIE RISK-LINKED STRATEGIES, L.L.C.

The undersigned, being the "Managing Member" of Ritchie Risk-Linked Strategies, L.L.C., a Delaware limited liability company (the "Company"), and acting pursuant to the Company's Third Amended and Restated Limited Liability Company Operating Agreement dated as of November 1, 2005, as amended (the "Operating Agreement"), and the Delaware Limited Liability Company Act, as amended, does hereby adopt the following resolutions:

## I. CHAPTER 11 CASE

**BE IT HEREBY RESOLVED** that, after due inquiry concerning the Company's financial and legal situation, the Managing Member finds and determines that it is advisable and in the best interest of the Company, its members and its creditors, for the Company to commence a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**BE IT FURTHER RESOLVED,** that Michael Cilento is hereby appointed as the Chief Operating Officer ("COO") of the Managing Member; and

**BE IT FURTHER RESOLVED** that the COO, and each of any other officer of the Company and the Managing Member (by and through Ritchie Capital Management, L.L.C., its manager), be, and hereby is, authorized and empowered, without further action by the Company or the Managing Member itself, to, as the COO, such other officer or Managing Member deems advisable, necessary and appropriate, prepare, sign, file and prosecute, or cause to be prepared, signed, filed and prosecuted, on behalf of the Company, (a) a petition for relief under chapter 11 of the Bankruptcy Code, (b) all papers, pleadings, lists and schedules attendant thereto, and (c) all agreements, instruments and documents necessary to effect a chapter 11 plan of reorganization of the Company and the disclosure statement and all instruments useful and necessary to the confirmation and implementation of such plan; and

## II. RETENTION OF ADVISORS

**BE IT FURTHER RESOLVED** that the retention by the Company of the law firm of Reed Smith LLP ("Bankruptcy Counsel"), as bankruptcy counsel to the Company to represent and assist the Company in connection with its consideration of various restructuring and bankruptcy alternatives, and to commence and prosecute the aforementioned chapter 11 case, and to do all things, and to prepare, sign and file all papers and documents necessary and proper to the prosecution of said chapter 11 case, is hereby approved and ratified; and the Bankruptcy Counsel is authorized to take such actions in the bankruptcy case which the Bankruptcy Counsel, in its discretion, concludes are necessary or appropriate to the Bankruptcy Counsel's and/or the

Company's fulfillment of their fiduciary or other obligations in the bankruptcy case; and the Managing Member, the COO or any other officer of the Company, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of the Bankruptcy Counsel; and

**BE IT FURTHER RESOLVED** that each of the Managing Member, the COO and any other officer of the Company be, and hereby is, authorized and empowered to employ on behalf of the Company any other professionals (including, without limitation, co-counsel, special litigation counsel, accountants, financial advisors, restructuring officers, or other advisors or professionals) necessary or appropriate to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Managing Member, the COO and any other officer of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other advisors or professionals as necessary or appropriate. Without limiting the foregoing, each of the Managing Member, the COO and any other officer of the Company be, and hereby is, authorized and empowered to employ Garrett Vail, Esquire, pursuant to section 327(e) of the Bankruptcy Code (or as otherwise may be appropriate) as special litigation counsel; and

## III. POST-PETITION FINANCING

**BE IT FURTHER RESOLVED** that the Managing Member has determined, in light of current circumstances and after consultation with the Company's professional advisors, and in connection with the filing of the Company's chapter 11 case, that it is in the best interests of the Company, its creditors, stockholders and other parties in interest to authorize the Company to obtain post-petition debtor-in-possession financing from Ritchie Multi-Strategy Global Trading, Ltd., or its designees, or such other lender as the Managing Member deems appropriate;

**BE IT FURTHER RESOLVED** that the Managing Member, the COO and any other officer of the Company, be, and each of them is, hereby empowered and directed without further action by the Company or the Managing Member to take any and all actions to obtain Bankruptcy Court interim and final approval of the post-petition debtor-in-possession financing facility on terms and conditions acceptable to the Managing Agent, the COO or any other such officer;

## IV. GENERAL

**BE IT FURTHER RESOLVED** that each of the Managing Member, the COO and any other officer of the Company be, and hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver all petitions, schedules, motions, lists, applications, pleadings, and any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as the Managing Member, the COO, such other officer or the Company's legal counsel may deem necessary, proper, or desirable in connection with the Company's case under chapter 11 of the Bankruptcy Code, with a view to the successful

prosecution of such case, and as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**BE IT FURTHER RESOLVED** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Managing Member, the COO, other officer, director, or other agent on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

3

**IN WITNESS WHEREOF,** the undersigned has executed this Action by Written Consent as of June 28, 2018.

                                      RITCHIE PARTNERS, L.L.C., Managing Member

                                            By:  RITCHIE CAPITAL MANAGEMENT, L.L.C., its Manager

                                                  By: _____
                                                      Mark Azzopardi, Director

**Fill in this information to identify the case:**

Debtor name: Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McGuire Woods LLP<br>77 West Wacker Dr, Suite 4100<br>Chicago, IL  60601-1818 | Donna Mccue<br>312-750-3629<br>DMCCue@mcguirewoods.com | Professional Services | | | | $111,092 |
| 2 | Law Office of Jeffrey Crane LLC<br>105 W Madison St, Suite 1500<br>Chicago, IL  60602 | Jeffrey E Crane<br>847-239-7239<br>jeff@jeffcranelaw.com | Professional Services | | | | $57,464 |
| 3 | Valterra Holdings, LLC<br>5310 South Alston Avenue, Suite 210<br>Durham, NC  27713 | Anthony Dilweg<br>919-402-9100<br>adilweg@dilweg.com | Unsecured Promissory Note | | | | $25,124 |
| 4 | Frank Fernandes<br>4N280 Waterford Lane<br>West Chicago, IL | Frank Fernandes<br>630-816-5165<br>wenfern89@aol.com | Unsecured Promissory Note | | | | $24,982 |
| 5 | Grasso Bass<br>38 S Blaine ST, Suite 100<br>Hinsdale, IL  60521 | Gary Grasso<br>630-654-4500<br>accounting@grassolaw.com | Professional Services | | | | $11,621 |
| 6 | Clayborne Wagner Sabo<br>525 W. Main St<br>Belleville, IL 62220 | John Sabo<br>618-239-0187<br>jsabo@cswlawllp.com | Professional Services | | | | $3,200 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Ritchie Risk-Linked Strategies, L.L.C.    Case number (*if known*) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Global Intelligence Consultants, Inc. 130 S. Bemiston Ave. Clayton, MO 63105 | Michael Barbieri 314-391-2300 mike@gicagency.com | Professional Services | | | | $1,600 |
| 8 | Elias Gutzler Spicer 130 South Bemiston Clayton, MO 63105 | Richard Elias 314-833-6645 relias@egslitigation.com | Professional Services | | | | $1,450 |
| 9 | Mack Law Group 1363 Shermer Road Northbrook, IL 60062 | Charles Mack 847-239-7212 charles@mlgcounsel.net | Professional Services | | | | $1,125 |
| 10 | Special Solutions, Ltd 7524 N Harlem Ave. Chicago, IL 60631 | John Frycek 847-803-6922 john@specialsolutionsltd.com | Professional Services | | | | $750 |
| 11 | Regus Group Companies 200 Continental Drive Newark DE 19713 | Christina 1-855-400-3575 | Goods provided | | | | $728 |
| 12 | Kroll Discovery 9023 Columbine Rd Eden Prairie, MN 55347 | Nyah K King 952-937-1107 AR.KO@KrollDiscovery.com | Professional Services | | | | $250 |
| 13 | Arch Specialty Insurance Co. 311 South Wacker Drive, Suite 3700 Chicago, IL 60606 | T:312-601-8400 F:866-266-3630 | Recoupment Claim | Contingent, Unliquidated and Disputed | | | $0 |
| 14 | Continental Casualty 333 South Wabash Avenue Chicago, IL 60604 | T: 312-822-5000 | Recoupment Claim | Contingent, Unliquidated and Disputed | | | $0 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the following limited liability company is the only entity that directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

| SHAREHOLDER | APPROX. OWNERSHIP PERCENTAGE |
|---|---|
| Ritchie Multi-Strategy Global, LLC | 95.49%[2] |

---

[1] The last four digits of the Debtor's federal tax identification number are 0458. The Debtor's mailing address for purposes of this Chapter 11 case is: 200 Continental Drive, Newark, DE 19713.

[2] Benchmark Plus Institutional Partners LLC holds 37.43% of the payment rights of the General Class of Ritchie Multi-Strategy Global, LLC. Ritchie Risk-Linked Strategies, L.L.C. is owned by the General Class.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name of Equity Holder | Security Class | Percentage of Securities | Kind of Interest |
|---|---|---|---|
| Ritchie Multi-Strategy Global, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | A | 95.49% | Membership Interests |
| Ritchie Partners, LLC<br>c/o Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, DE 19958 | B | 0.97% | Membership Interests |
| Joseph and Jeanne Scoby<br>1204 Westview Rd<br>Glenview, IL 60025 | B | 3.54% | Membership Interests |

---

[1] The last four digits of the Debtor's federal tax identification number are 0458. The Debtor's mailing address for purposes of this Chapter 11 case is: 200 Continental Drive, Newark, DE 19713.

## **CREDITOR MATRIX**

60 Degrees Group SEZC, Ltd
90 N Church St
PO Box 10315
Grand Cayman, Cayman Islands
KY1-1003

A.R. Thane Ritchie
Gottlieb-Keim-Straße 65
95448 Bayreuth
Germany

Clayborne Wagner Sabo
525 W. Main St
Belleville, IL 62220

Elias Gutzler Spicer
130 South Bemiston
Clayton, MO 63105

Frank Fernandes
4N280 Waterford Lane
West Chicago, IL 60602

Global Intelligence Consultants, Inc.
130 S. Bemiston Ave.
Clayton, MO 63105

Grasso Bass
38 S Blaine ST, Suite 100
Hinsdale, IL  60521

Ironshore Investments, Ltd
One Centralis Place
Grand Cayman, Cayman Islands

Kroll Discovery
9023 Columbine Rd
Eden Prairie, MN 55347

Law Office of Jeffrey Crane LLC
105 W Madison St, Suite 1500
Chicago, IL 60602

Mack Law Group
1363 Shermer Road
Northbrook, IL 60062

**CREDITOR MATRIX**

McGuire Woods LLP
77 West Wacker Dr, Suite 4100
Chicago, IL  60601-1818

Regus Group Companies
200 Continental Drive
Newark, DE 19713

Ritchie Capital Management SEZC, Ltd
90 N Church St
PO Box 10315
Grand Cayman, Cayman Islands
KY1-1003

Ritchie Risk-Linked Opportunities, LLC
7 Bronze Pointe South
Suite B
Swansea, IL 62226

Ritchie Capital Management, LLC
90 N Church St
PO Box 10315
Grand Cayman, Cayman Islands
KY1-1003

Ritchie Multi-Strategy Global Trading, Ltd.
Avalon Trust and Corporate Services Ltd.
Landmark Square, 1st Floor
64 Earth Close, PO Box 715,
Grand Cayman KY1-1107
Cayman Islands

Ritchie Partners, LLC
Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

Special Solutions, Ltd
7524 N Harlem Ave.
Chicago, IL  60631

Valterra Holdings, LLC
5310 South Alston Avenue, Suite 210
Durham, NC  27713

**CREDITOR MATRIX**

Arch Specialty Insurance Co.
311 South Wacker Drive, Suite 3700
Chicago, IL 60606


Continental Casualty
333 South Wabash Avenue
Chicago, IL 60604

Swansea Beneficiary Trust, LLC
7 Bronze Pointe South
Suite B
Swansea, IL 62226

Armco Unlimited, Inc.
P.O. Box 306
West Stockbridge, MA 01266

**Fill in this information to identify the case and this filing:**

Debtor Name  Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    List of Equity Security Holders, Corp. Ownership Statement, Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/28/2018
             MM / DD / YYYY

X 
Signature of individual signing on behalf of debtor

Mark Azzopardi
Printed name

Director of Ritchie Capital Management, L.L.C., manager of Ritchie Partners, L.L.C., managing member of Ritchie Risk-Linked Strategies, L.L.C.
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors