| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ritchie Risk-Linked Strategies, L.L.C. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 18-11555(KJC) |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McGuire Woods LLP<br>77 West Wacker Dr, Suite 4100<br>Chicago, IL 60601-1818 | Donna Mccue<br>312-750-3629<br>DMCCue@mcguirewoods.com | Professional Services | | | | $111,092 |
| 2 | Law Office of Jeffrey Crane LLC<br>105 W Madison St, Suite 1500<br>Chicago, IL 60602 | Jeffrey E Crane<br>847-239-7239<br>jeff@jeffcranelaw.com | Professional Services | | | | $57,464 |
| 3 | Valterra Holdings, LLC<br>5310 South Alston Avenue, Suite 210<br>Durham, NC 27713 | Anthony Dilweg<br>919-402-9100<br>adilweg@dilweg.com | Unsecured Promissory Note | | | | $25,124 |
| 4 | Frank Fernandes<br>4N280 Waterford Lane<br>West Chicago, IL | Frank Fernandes<br>630-816-5165<br>wenfern89@aol.com | Unsecured Promissory Note | | | | $24,982 |
| 5 | Grasso Bass<br>38 S Blaine ST, Suite 100<br>Hinsdale, IL 60521 | Gary Grasso<br>630-654-4500<br>accounting@grassolaw.com | Professional Services | | | | $11,621 |
| 6 | Larson King<br>2800 Wells Fargo Place<br>30 East 7th Street<br>Saint Paul, MN 55101 | Pat O'Neill<br>T:651-312-6589<br>F:651-312-6618<br>poneill@larsonking.com | Professional Services | | | | $6,528 |
| 7 | Clayborne Wagner Sabo<br>525 W. Main St<br>Belleville, IL 62220 | John Sabo<br>618-239-0187<br>jsabo@cswlawllp.com | Professional Services | | | | $3,200 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Ritchie Risk-Linked Strategies, L.L.C. | | Case number (*if known*) | 18-11555(KJC) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 8 | Global Intelligence Consultants, Inc. 130 S. Bemiston Ave. Clayton, MO 63105 | Michael Barbieri 314-391-2300 mike@gicagency.com | Professional Services | | | | $1,600 |
| 9 | Elias Gutzler Spicer 130 South Bemiston Clayton, MO 63105 | Richard Elias 314-833-6645 relias@egslitigation.com | Professional Services | | | | $1,450 |
| 10 | Mack Law Group 1363 Shermer Road Northbrook, IL 60062 | Charles Mack 847-239-7212 charles@mlgcounsel.net | Professional Services | | | | $1,125 |
| 11 | Special Solutions, Ltd 7524 N Harlem Ave. Chicago, IL  60631 | John Frycek 847-803-6922 john@specialsolutionsltd.com | Professional Services | | | | $750 |
| 12 | Regus Group Companies 200 Continental Drive Newark DE 19713 | Christina 1-855-400-3575 | Goods provided | | | | $728 |
| 13 | Kroll Discovery 9023 Columbine Rd Eden Prairie, MN 55347 | Nyah K King 952-937-1107 AR.KO@KrollDiscovery.com | Professional Services | | | | $250 |
| 14 | Arch Specialty Insurance Co. 311 South Wacker Drive, Suite 3700 Chicago, IL 60606 | T:312-601-8400 F:866-266-3630 | Recoupment Claim | Contingent, Unliquidated and Disputed | | | $0 |
| 15 | Continental Casualty 333 South Wabash Avenue Chicago, IL 60604 | T: 312-822-5000 | Recoupment Claim | Contingent, Unliquidated and Disputed | | | $0 |
| 16 | Huizenga Managers Fund, LLC 2215 York Road #500 Oak Brook, IL 60523  Huizenga Managers Fund, LLC c/o Williams Montgomery & John Ltd. 233 S. Wacker Drive, Suite 6800 Chicago, IL 60606 | Peter H. Huizenga, Jr. T:630-990-2100 F:630-990-2110  Christopher J. Barber, Esq. Gary W. Garner, Esq. Jonathan D. Miller, Esq. T:312-443-3200 F:312-630-8500 cjb@willmont.com gwg@willmont.com jm@willmont.com | Attorney's Fees | Contingent, Unliquidated and Disputed | | | $0 |
| 17 | | | | | | | |
| 18 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| 19 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name: Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 18-11555(KJC)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ (Amended) Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration     Amended Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/29/2018
MM / DD / YYYY

X  _____
Signature of individual signing on behalf of debtor

Michael Cilento
Printed name

Chief Operating Officer of Ritchie Partners, L.L.C., managing member of Ritchie Risk-Linked Strategies, L.L.C.
Position or relationship to debtor