**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RITCHIE RISK-LINKED STRATEGIES, L.L.C., | Case No. 18-11555 (KJC) |
| Debtor. [1] | |

**DEBTOR'S SCHEDULES OF ASSETS
<u>AND LIABILITIES</u>**

Dated: July 12, 2018

---

[1] The last four digits of the Debtor's federal tax identification number are 0458.  The Debtor's mailing address for purposes of this Chapter 11 case is: 200 Continental Drive, Newark, DE 19713.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RITCHIE RISK-LINKED STRATEGIES, L.L.C., | Case No. 18-11555 (KJC) |
| Debtor. [1] | |

**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND DISCLAIMER
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On June 28, 2018 (the "***Petition Date***"), Ritchie Risk-Linked Strategies, L.L.C., as debtor and debtor in possession (the "***Debtor***") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Court***").  The Schedules of Assets and Liabilities and Statement of Financial Affairs, including all attachments thereto (the "***Schedules and Statement***") have been prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "***Bankruptcy Rules***") by the Debtor and are unaudited.

While the Debtor has made efforts to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred.  The Debtor reserves all rights to amend or supplement the Schedules and Statement as is necessary or appropriate.

Michael Cilento, the Chief Operating Officer of Richie Partners, L.L.C., which is the managing member of the Debtor, has signed the Schedules and Statement.  In reviewing and signing the Schedules and Statement, Mr. Cilento necessarily has relied upon the efforts, statements and representations of various representatives of the Debtor.  He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of the Schedules and Statement.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.[2]

---

[1] The last four digits of the Debtor's federal tax identification number are 0458.  The Debtor's mailing address for purposes of this Chapter 11 case is: 200 Continental Drive, Newark, DE 19713.

[2] These Global Notes are in addition to any specific notes contained in Debtor's Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the Debtor's financial statements (whether publicly filed or otherwise). The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate material amendments to the Schedules and Statement. As a result, the Debtor is unable to warrant or represent that the Schedules and Statement are without inadvertent errors, omissions or inaccuracies. The Debtor reserves its right to amend or supplement the Schedules and Statement as is necessary or appropriate.

Nothing contained in the Schedules and Statement shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case or otherwise, including, without limitation, any issues involving equitable or other subordination, offset or other defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

1.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a)    <u>Amendments and Supplements.</u>  While the Debtor made reasonable and good faith efforts to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statement as is necessary and appropriate.

b)    <u>Claims Description.</u>  Any failure to designate a claim on the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute any claim, whether reflected on the Schedules and Statement or asserted pursuant to a filed proof of claim, on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."

c)    <u>Classifications.</u>  Listing a claim or contract (1) on Schedule D as "secured," (2) on Schedule E/F (Part 1) as "priority," (3) on Schedule E/F (Part 2) as "unsecured," or (4) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize, challenge, reclassify or object to such claim or contract.

d)    <u>Causes of Action.</u>  Despite reasonable and good faith efforts, the Debtor may not have identified and/or set forth all of its claims and causes of

action (filed or potential) against third parties as assets in its Schedules and Statement.  The Debtor reserves all rights with respect to any causes of action, and nothing in the Global Notes or the Schedules and Statement shall be deemed a waiver of any such claims or causes of action.

e)    <u>Estimates and Assumptions.</u>  In preparing the Schedules and Statement, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure and potential values of contingent, unliquidated or disputed assets and liabilities (*e.g.,* litigation claims and liabilities) on the date of the Schedules and Statement and the reported amounts of any revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

f)    <u>Foreign Currency.</u>  Except as may be expressly set forth, all amounts are reflected in U.S. dollars.

g)    <u>GAAP</u>.  Given the difference between the information requested in the Schedules and Statement, and the financial information utilized under GAAP, the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

h)    <u>Intellectual Property Rights.</u>  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.

i)    <u>Liabilities.</u>  If and where applicable, the Debtor allocated liabilities between the prepetition and post- petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.  The Debtor reserves all rights to modify, amend and supplement the Schedules and Statement as is necessary and appropriate.

j)    <u>Recharacterization.</u>  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statement at a later time as is necessary or appropriate.

k) <u>Setoffs.</u> The Debtor's claims and liabilities may be subject to certain setoffs and other similar rights in the ordinary course of business. Although the exercise of such setoffs and other similar rights may have been taken into consideration when scheduling certain amounts, setoffs and these other rights are not independently accounted for, and as such, are excluded from the Schedules and Statement.

l) <u>Petition Date.</u> Financial information for the Debtor is, unless otherwise noted herein or in the Schedules and Statement, provided as of close of business on June 28, 2018.

m) <u>Totals.</u> All totals that are included in the Schedules and Statement represent totals of all known amounts included in the Debtor's books and records as of the Petition Date and certain estimated amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

n) <u>Undetermined Amounts.</u> The description of an amount as "unknown," "unliquidated," "contingent," "disputed," or otherwise undetermined is not intended to reflect upon the materiality of such amount.

Further discussion on the Debtor's treatment of information in the Schedules and Statement is provided below.

2. **Specific Schedules and Statement Disclosures**

a) <u>Schedule A/B.</u> Schedule A/B lists the Debtor's real (if any) and personal property.

b) <u>Schedule C.</u> Because the Debtor is not an individual and does not claim any property as "exempt," it has not included a Schedule C that would otherwise list any "exempt" property.

c) <u>Schedule D.</u> Schedule D lists the Debtor's secured debt.

The Debtor believes that the security interest granted to Ritchie Multi-Strategy Global Trading, Ltd. is avoidable under 11 U.S.C. § 547(b) as a preferential transfer because the financing statement was not filed until June 21, 2018.

d) <u>Schedule E/F.</u> With respect to Part 1 of Schedule E/F, the Debtor believes that it has no creditor that holds a priority claim. The claims of creditors are listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtor reserves all of its rights respecting such credits and allowances. The amounts listed may be exclusive of contingent and unliquidated amounts.

The Debtor believes that the (a) $1.0 million judgment in favor of Ritchie Risk-Linked Opportunities, LLC and (b) $20 million judgment in favor of Swansea Beneficiary Trust, LLC are avoidable (and or otherwise unenforceable).

e)    Schedule G.    Schedule G lists the Debtor's executory contracts and unexpired lease.

f)    Schedule H.   The Debtor does not believe that it has any co-debtors.  To the extent, however, that Huizenga Managers Fund, LLC, holds any claim against the Debtor, some or all of the co-defendants in Huizenga's Illinois state court proceedings against the Debtor may be co-debtors.

REED SMITH LLP
Kurt F. Gwynne (No. 3951)
1201 Market Street; Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Fax: (302) 778-7575
Email: kgwynne@reedsmith.com

Proposed Counsel for the
Debtor in Possession

**Fill in this information to identify the case:**

Debtor name   Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known):   18-11555(KJC)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................... | $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. | $40,302,272.94

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... | $40,302,272.94

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................ | $5,157,217.49

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. | $0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ | + $ 34,706,602.00

4. **Total liabilities** ................................................................................................................ | $39,863,819.49
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Ritchie Risk-Linked Strategies, L.L.C.___

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): ___18-11555(KJC)___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Applied Bank | Checking | 6803 | $ 92,272.94 |
| 3.2. | | | $ |

4. **Other cash equivalents** (*Identify all*)

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $ 92,272.94 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    Ritchie Risk-Linked Strategies, L.L.C.    Case number (*if known*) 18-11555(KJC)
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Reed Smith LLP- Legal retainer _____ $ ___200,000.00___

8.2. Potter Anderson & Corroon LLP - Legal retainer _____ $ ____10,000.00___

**9. Total of Part 2.**                                          $ ___210,000.00___

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ =......➜   $ _____
                          face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ =......➜   $ _____
                        face amount    doubtful or uncollectible accounts

**12. Total of Part 3**                                     $ _____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**                                     $ _____

Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page 2

Debtor    Ritchie Risk-Linked Strategies, L.L.C.          Case number (if known) 18-11555(KJC)
          Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    Ritchie Risk-Linked Strategies, L.L.C.
          Name

Case number (if known)    18-11555(KJC)

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor   Ritchie Risk-Linked Strategies, L.L.C.
   Name
   Case number *(if known)* 18-11555(KJC)

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Debtor | Ritchie Risk-Linked Strategies, L.L.C. | Case number *(if known)* 18-11555(KJC) |
|---|---|---|
| | Name | |

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | Lessee | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    −    _____  = ➔  $ _____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____                          $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Appendix A                                                  $    $40,000,000

**Nature of claim**    _____
                              Up to
**Amount requested**    $   $40,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $ _____

**Nature of claim**    _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

_____                          $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90              $   40,000,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Ritchie Risk-Linked Strategies, L.L.C.
          _____
          Name

Case number (*if known*) 18-11555(KJC)

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 92,272.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 210,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................➔ | | $ _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 40,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 40,302,272.94 | **+** 91b. $ _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................ $ 40,302,272.94

**Ritchie Risk-Linked Strategies, L.L.C.**

**Case Number: 18-11555(KJC**)

**Form 206A-B – Appendix A**

**Part 11:  All Other Assets**

**74.      Causes of action against third parties (whether or not lawsuit has been filed)**

## Ongoing litigation:

A.R. Thane Ritchie, Ritchie Risk-Linked Strategies, L.L.C., Ritchie Partners, LLC and Ritchie Capital Management, LLC, Plaintiffs, v. Huizenga Managers Fund, LLC, filed in the Superior Court of the State of Delaware (Case No. N17C-05-598 MMJ CCLD)

A.R. Thane Ritchie, Ritchie Risk-Linked Strategies, L.L.C., Ritchie Partners, LLC and Ritchie Capital Management, LLC, Plaintiffs, v. Arch Specialty Insurance Company and Continental Casualty Company, Defendants, filed in the Circuit Court of Cook Country, Illinois County Department, Chancery

### Unfiled claims:

Breach of contract/violation of confidentiality/damaged intellectual property/indemnification claims against Huizenga Managers Fund, LLC for failure to adhere to adhere to contractual obligations.

Legal malpractice claims against Ritchie Risk-Linked Strategies, L.L.C.'s external counsel for failure to timely raise that if Delaware choice of law is used the Delaware Securities Act cannot be applied to transactions occurring outside of Delaware. Only Delaware common law may be applied.

Claims against Peter H. Huizenga Sr. in his personal capacity (and/or his probate estate) due to his direct and indirect relationship with the debtor. Breach of contract/violation of confidentiality/damaged intellectual property/indemnification claims for failure to adhere to adhere to contractual obligations.

Tortious interference of contract/collusion claims against Huizenga Managers Fund, LLC, Peter Huizenga Sr. and Coventry First, LLC and related parties whereby the value of Ritchie Risk-Linked Strategies, L.L.C.'s interest in the proceeds of litigation claims against Coventry First, LLC and related parties.

Tortious interference of contract claims against Peter Huizenga Jr., Williams Montgomery & John, Ltd, Chris Barber, Gary Garner, Scott Church, and Jonathan Miller whereby the individuals and entities listed embarked upon a radical campaign to collect disputed debts. The campaign depended upon the continued assault of the "Ritchie" name that damaged Ritchie Risk-Linked Strategies, L.L.C.'s intellectual property and violated longstanding contractual obligations.

**Fill in this information to identify the case:**

Debtor name __Ritchie Risk-Linked Strategies, L.L.C.__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): ____18-11555(KJC)____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>Ritchie Multi-Strategy Global Trading, Ltd.<br><br>**Creditor's mailing address**<br>One Capital Place P.O. Box 10190 Grand Cayman, Cayman Islands KY1-1002<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 9/28/2017<br>**Last 4 digits of account number** __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Claims for indemnification under subscription agreement<br>Claims for bad faith failure to settle DSA violation judgment<br><br>**Describe the lien**<br>first priority lien on Debtor's property listed above<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ 5,157,217.49 | $ 40,000,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 5,157,217.49

page 1 of 1 ___

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Ritchie Risk-Linked Strategies, L.L.C. |
| United States Bankruptcy Court for the: | _____ District of DE |
| | (State) |
| Case number (If known) | 18-11555(KJC) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | | $ _____ |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account**

**number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | | $ _____ |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account**

**number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | | $ _____ |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account**

**number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

page 1 of 7

| Debtor | Ritchie Risk-Linked Strategies, L.L.C. | Case number (if known) 18-11555(KJC) |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
A.R. Thane Ritchie

Gottlieb-Keim-Straße 65
95448 Bayreuth Germany

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Indemnification

**Date or dates debt was incurred** 4/30/18

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 13,383,000.00

**3.2**
**Nonpriority creditor's name and mailing address**
Arch Specialty Insurance Co.

311 South Wacker Drive, Suite 3700
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Recoupment Claim

**Date or dates debt was incurred** 2015

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ Unliquidated

**3.3**
**Nonpriority creditor's name and mailing address**
Armco Unlimited, Inc.

P.O. Box 306
West Stockbridge, MA 01266

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Professional service

**Date or dates debt was incurred** 6/1-30/17

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 26,009.80

**3.4**
**Nonpriority creditor's name and mailing address**
Clayborne Wagner Sabo

525 W. Main Street
Belleville, IL 62220

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Professional service

**Date or dates debt was incurred** 6/1-28/18

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,365.00

**3.5**
**Nonpriority creditor's name and mailing address**
Continental Casualty

33 South Wabash Avenue
Chicago, IL 60604

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Recoupment Claim

**Date or dates debt was incurred** 2015

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ Unliquidated

**3.6**
**Nonpriority creditor's name and mailing address**
Elias Guntzler Spicer
130 South Bemiston
Clayton, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Professional service

**Date or dates debt was incurred** 6/1-28/18

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1,458.00

page 2 of 7

| Debtor | Ritchie Risk-Linked Strategies, LLC | Case number *(if known)* 18-11555(KJC) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Frank Fernandes

4N280 Waterford Lane
West Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unsecured Note

Date or dates debt was incurred   6/25/18
Last 4 digits of account number   ____

Is the claim subject to offset?
☐ No
☐ Yes

$ 24,982.00

**3.8** Nonpriority creditor's name and mailing address

Global Intelligence Consultants, Inc.

130 S. Bemiston Ave
Clayton, MO 63105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional service

Date or dates debt was incurred   6/1-28/18
Last 4 digits of account number   ____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,600.00

**3.9** Nonpriority creditor's name and mailing address

Grasso Bass

38 S. Blaine Street, Suite 100
Hinsdale, IL 60521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred   3/1/18-5/30/18
Last 4 digits of account number   ____

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,621.00

**3.10** Nonpriority creditor's name and mailing address

Huizenga Managers Fund, LLC
Attn: Peter Huizenga, Jr.
2215 York Road, No. 500
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred   ____
Last 4 digits of account number   ____

Is the claim subject to offset?
☐ No
☐ Yes

$ Unliquidated

**3.11** Nonpriority creditor's name and mailing address

Ironshore Investments, Ltd.

One Capital Place, P.O. Box 1564
Grand Cayman, Cayman Islands KY1-1110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred   5/1-30/18
Last 4 digits of account number   ____

Is the claim subject to offset?
☐ No
☐ Yes

$ 18,750.00

page 3 of 7

| Debtor | Ritchie Risk-Linked Strategies, L.L.C. | Case number (if known) 18-11555 (KJC) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Kroll Discovery

9023 Columbine Rd
Eden Prairie, MD 55347

As of the petition filing date, the claim is:  $ 250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred    9/1/17-6/28/18
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Larson King
Attn: Pat O'Neill
2800 Wells Fargo Place, 30 East 7th Street
Saint Paul, MN 55101-4922

As of the petition filing date, the claim is:  $ 6,527.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred    6/28/18
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Law Office of Jeffrey Crane LLC

105 W Madison St., Suite 1500
Chicago, IL 60602

As of the petition filing date, the claim is:  $ 57,463.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred    4/1/18-5/31/18
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Mack Law Group

1363 Shermer Road
Northbrook, IL 60062

As of the petition filing date, the claim is:  $ 787.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred    6/1-28/18
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

McGuire Woods

77 West Wacker Drive, Suite 4100
Chicago, IL 60601

As of the petition filing date, the claim is:  $ 111,092.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Service

Date or dates debt was incurred    7/1-31/17
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Ritchie Risk-Linked Strategies, LLC
          Name

Case number (*if known*)  18-11555(KJC)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17 Nonpriority creditor's name and mailing address**

Regus Group Companies

200 Continental Drive
Newark, DE 19713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

**Date or dates debt was incurred**    6/2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$    $728.10

---

**3.18 Nonpriority creditor's name and mailing address**

Ritchie Capital Management, LLC

90 N Church Street, PO Box 10315
Grand Cayman, Cayman Islands KY1-1003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**2/15-Basis for the claim:**  Prof. Services & Reimbursable Exps.

**Date or dates debt was incurred**    10/16-12/16

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$    18,218.60

---

**3.19 Nonpriority creditor's name and mailing address**

Ritchie Partners, LLC
Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Management Fees

**Date or dates debt was incurred**    2/15-3/16

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$    16,199.39

---

**3.20 Nonpriority creditor's name and mailing address**

Ritchie Risk-Linked Opportunities, LLC

7 Bronze Pointe South, Suite B
Swansea, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Judgment

**Date or dates debt was incurred**    4/12/18

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$    1,000,000.00

---

**3.21 Nonpriority creditor's name and mailing address**

Special Solutions, Ltd.

7524 N. Harlem Ave.
Chicago, IL 60631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Service

**Date or dates debt was incurred**    6/1-28/18

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$    1,425.00

---

page 5 of 7

| Debtor | Ritchie Risk-Linked Strategies, L.L.C. | Case number (if known) | 18-11555(KJC) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Swansea Beneficiary Trust, LLC

7 Bronze Pointe South, Suite B
Swansea IL 62226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed
i

Basis for the claim: Judgment

Date or dates debt was incurred   6/28/18
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$   20,000.000.00

**3.23** Nonpriority creditor's name and mailing address

Valterra Holdings, LLC

5310 South Alston Avenue, Suite 210
Durham, NC 27713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unsecured Note

Date or dates debt was incurred   6/25/18
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$   25,124.00

**3._** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$

**3._** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$

**3._** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Ritchie Risk-Linked Strategies, L.L.C.                    Case number *(if known)* 18-11555(KJC)
                 Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 34,706.602.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ | 34,706.02.00 |

**Fill in this information to identify the case:**

Debtor name  Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: _____  District of  DE
(State)

Case number (If known):  18-11555(KJC)  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Online Office Agreement dated May 1, 2018 for Suite 401 at 200 Continental Drive in Newark, DE 19713 |
| | | Christiana |
| | State the term remaining | Regus Corporate |
| | | 200 Continental Drive, Suite 401 |
| | List the contract number of any government contract | April 30, 2019 |
| | | Newark, Delaware 19713 |
| | | 24576-1095900 |

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Third Amended and Restated Limited Liability Company Operating Agreement, dated as of November 1, 2005 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letters with Reed Smith LLP |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letters with Potter Anderson & Corroon LLP |
| | State the term remaining | |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter with Swanson, Martin & Bell, LLP |
| | State the term remaining | |
| | List the contract number of any government contract | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name  Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: _____  District of  DE
                                                      (State)

Case number (If known):  18-11555(KJC)

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street <br> _____ <br> City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of 1

**Fill in this information to identify the case and this filing:**

Debtor Name  Ritchie Risk-Linked Strategies, L.L.C.

United States Bankruptcy Court for the: District of Delaware

Case number *(if known)*:  18-11555(KJC)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2018          x _____
              MM / DD / YYYY             Signature of individual signing on behalf of debtor

Michael Cilento
Printed name

Chief Operating Officer of Ritchie Partners, L.L.C., managing member of Ritchie Risk-Linked Strategies, L.L.C.
Position or relationship to debtor