**EXHIBIT B**
**VARGA DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RITCHIE RISK-LINKED STRATEGIES, L.L.C,[1] | Case No. 18-11555 (KJC) |
| Debtor. | |

**UNSWORN DECLARATION OF GEOFFREY VARGA
IN SUPPORT OF APPLICATION OF THE DEBTOR IN POSSESSION
FOR AN ORDER AUTHORIZING THE DEBTOR TO (I) EMPLOY AND
RETAIN DUFF & PHELPS, LLC AND (II) DESIGNATE GEOFFREY VARGA
AS CHIEF RESTRUCTURING OFFICER *NUNC PRO TUNC* TO JULY 24, 2018**

I, Geoffrey Varga, hereby declare as follows:

1. I am a Managing Director of Duff & Phelps, LLC's ("D&P") Disputes & Investigations business unit and head of D&P's Offshore Restructuring Practice with an office at 55 East 52nd Street, Floor 31, New York, NY 10055.

2. I submit this declaration (the "Declaration") in support of the Application of the Debtor in Possession for an Order Authorizing the Debtor to (I) Employ and Retain Duff & Phelps, LLC and (II) Designate Geoffrey Varga as Chief Restructuring Officer *Nunc Pro Tunc* to July 24, 2018 (the "Application").[2]

3. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the matters set forth herein. I am over eighteen (18) years of age, and I am authorized to submit the Declaration on behalf of D&P. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge.

---

[1] The last four digits of the Debtor's tax identification number are 0458.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them the Application.

- 1 -

## QUALIFICATIONS

4. D&P is a global advisor in the areas of valuation, corporate finance, investigations, disputes, cyber security, and compliance and regulatory matters. D&P works with clients across diverse sectors, mitigating risk to assets, operations and people. Following the recent acquisition of Kroll, D&P has nearly 3,500 professionals in 28 countries around the world.

5. D&P also has considerable experience performing forensic financial analysis, fraudulent conveyance and solvency analysis and other financial advisory related services. Such services have been provided in bankruptcy proceedings in which D&P was retained, including (without limitation) those matters listed below.

6. As noted, I am a Managing Director in D&P's Governance, Risk, Investigations and Disputes business unit and also the head of D&P's Offshore Restructuring practice. I assumed this role in January 2015 following D&P's acquisition of Kinetic Partners, where I was previously the global head of Kinetic Partner's Corporate Recovery and Restructuring practice, having built the practice from its inception in 2005. Prior to joining Kinetic Partners, I was a Vice President within PwC's Business Recovery Services group in Calgary, Alberta, Canada.

7. I am a Canadian Chartered Accountant (since 1994) and hold a Canadian Chartered Insolvency & Restructuring Professional designation, which I earned in 2004. I have over 22 years of professional experience in insolvency, corporate recovery and restructuring including, in the last 12 years, liquidating multiple distressed or insolvent offshore and onshore funds and asset management structures. Engagements in which I have been involved have generally concerned entities and/or assets domiciled in jurisdictions such as (a) the Caribbean, (the Cayman Islands, the Bahamas and the British Virgin Islands); (b) the United States; and

(c) Europe.  I have been responsible for monetizing assets, including real estate, aircraft, private equity investments, marketable securities, structured products and hedge fund and private equity fund interests.  My engagements have also required me to assist in the prosecution and defense of large and complex litigation.

8. The following is a non-exhaustive list of engagements on which I have been actively involved:  Aramid Entertainment Fund, Ltd.; Soundview Elite Ltd. *et al*; Palm Beach Offshore Ltd. / Palm Beach Offshore II Ltd. / Lancelot Investors Fund; Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.; Spectrum Galaxy Fund Ltd.; Himelsein Mandel Offshore Fund; Commonwealth Funds / Sand Springs Funds; Mariah Re Ltd.; Saad Investment Finance Company (No. 5) Limited; Mezzanine Financing Ltd. / Consistent Return Ltd. / Silverback Fund Ltd. / Nauticus Fund Ltd.; Ariel Fund Limited; Tarchon Fund of Funds SPC; Security Capital Ltd.; ThreeAM SPC Ltd.; Parmalat Capital Finance Limited; and SPhinX Strategy Fund.

9. Given D&P's and Mr. Varga's substantial experience, the Debtor retained D&P for the provision of CRO and related services to the Debtor pursuant to an engagement letter dated July 24, 2018 between D&P and the Debtor (the "CRO Engagement Letter"), a copy of which is attached to the Application as Exhibit C.

10. The Retained Staff (as defined in the Application) and I have the skills, qualifications, and expertise necessary to assist the Debtor and its case professionals with the prosecution of this Chapter 11 Case in an efficient and cost-effective manner.

**PROFESSIONAL COMPENSATION**

11. D&P's engagement is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, including the compensation

arrangement set forth in the CRO Engagement Letter (the "Fee and Expense Structure") as summarized below.

12. The standard hourly rates charged for professionals anticipated to be assigned to this Chapter 11 Case are as follows:

| Engagement Staff | Hourly Rate |
|---|---|
| Geoffrey Varga (CRO) | $895 |
| Managing Director | $695 - $895 |
| Director or Vice President | $495 - $695 |
| Associate to Senior Associate | $225 - $450 |
| Analyst/Administrator | $125 - $225 |

Exh. C at 3.

13. With respect to this engagement, D&P has agreed that a cap of $35,000.00 will apply to time billed in any calendar month. Exh. C at 3.

14. The Debtor also has agreed that it will reimburse D&P for all reasonable out-of-pocket expenses incurred in connection with the engagement. Such out-of-pocket expenses shall include, but are not limited to, all reasonable travel expenses, lodging and meals, pre-approved computer and research charges, and any reasonable attorneys' fees. Exh. C at 3.

15. The Debtor and D&P negotiated in good faith and agreed upon the Fee and Expense Structure described above. The Fee and Expense Structure is designed to fairly compensate D&P for the work performed by me and the Retained Staff. The Fee and Expense Structure is consistent with D&P's normal and customary billing levels for cases of comparable size and complexity cases, both in and out-of-court.

16. D&P may from time to time add or remove staff and D&P will file monthly staffing reports that will reflect the Retained Personnel that provided services during the prior month as provided in the Application.

17. To ensure payment of D&P's fees and expenses, D&P shall receive, upon the Court's approval of this Application, a $50,000.00 retainer (the "Retainer") that, pursuant to the terms and conditions of the CRO Engagement Letter, shall be used to cover any outstanding unpaid invoices for services rendered upon conclusion of the engagement.

**D&P'S CONNECTIONS WITH THE DEBTOR AND PARTIES IN INTEREST**

18. I am not related or connected to, and, to the best of my knowledge and information, none of the members of the Retained Staff nor members of D&P are related or connected to any judge of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or the office of the United States Trustee (the "U.S. Trustee") or to any employee in the office thereof.

19. In anticipation of its proposed retention, and as described herein, D&P searched its client database to determine the existence of any client services provided by such employees within the last two years to parties-in-interest (the "Interested Parties") to any of the interested parties on the list attached as Schedule 1 (the "Interested Parties List")

20. Based on the searches described above, to the best of my knowledge and information, after reasonable inquiry, except as set forth herein, D&P (a) does not have any connection with the Debtor or its affiliates, its creditors, or any other Interested Parties; (b) do not hold or represent any interest adverse to the Debtor's estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor; (c) are not and have not been a creditor, an equity security holder or an insider of the Debtor; and (d) are not and have not been, within two years before the Petition Date, a director, officer or employee of the Debtor.

21. D&P has disclosed to the Debtor that I currently serve as the Official Liquidator of Lancelot Investors Fund Ltd. ("Lancelot Offshore") in connection with Lancelot Offshore's

chapter 7 bankruptcy case, pending in the United States Bankruptcy Court for the Northern District of Illinois. Ritchie Capital Management, L.L.C., Ritchie Capital Management SEZC Ltd., and other affiliated entities (but not the Debtor) are adverse to the Lancelot Offshore estate and have competing interests with Lancelot in the Chapter 11 bankruptcy proceeding of Petters Company, Inc. and its affiliated debtors, pending in the United States Bankruptcy Court for the District of Minnesota.

22. D&P also disclosed to the Debtor that D&P (and Kroll) and its principals and employees (including Mr. Varga) have worked or continues to work with the Debtor's proposed bankruptcy counsel, Reed Smith LLP ("Reed Smith"), in multiple unrelated matters. Those matters involve D&P's retention by Reed Smith in respect of litigation support, expert testimony or as a financial advisor on behalf of its clients and matters where Reed Smith served as counsel to D&P or me. By way of illustration, Kurt F. Gwynne of Reed Smith represented Aramid Entertainment Fund Ltd. ("AEF"), a chapter 11 debtor in possession and now reorganized debtor, in the United States Bankruptcy Court for the Southern District of New York. I served as joint voluntary liquidator and plan trustee for AEF and the "Aramid Distribution Trust." Reed Smith represented AEF and represents the Aramid Distribution Trust. In addition, in my capacity as the Official Liquidator of Lancelot Offshore in connection with its chapter 7 bankruptcy, I am represented by Reed Smith. Further, (i) Mark Longbottom (also of D&P) and I, in our capacities as Joint Official Liquidators of Palm Beach Offshore, Ltd. and Palm Beach Offshore II, Ltd.; and (ii) I, in my capacity as Liquidating Trust Monitor, had previously retained Reed Smith in connection with the jointly-administered cases captioned *In re: Palm Beach Finance Partners, L.P., et al.*, (Case No.: 09-36379-PGJ) pending in the United States Bankruptcy Court Southern

District of Florida, West Palm Beach Division. I am not currently represented by Reed Smith in the *Palm Beach* matters.

23. D&P and its affiliates may have previously served, or currently serve, and will likely serve in the future, certain of the Debtor's creditors, affiliates of the Debtor's creditors, professionals, and other parties in interest in matters unrelated to the Debtor or this Chapter 11 Case, and has provided related information in the Declaration. D&P continues to work with/for creditor McGuire Woods LLP, providing litigation support and expert testimony in connection with matters unrelated to the Debtor or this Chapter 11 Case.

24. Since members of D&P serve clients across a broad range of industries, functions, and geographies, members of D&P may have in the past provided services for, and may in the future provide services for entities that are determined to be creditors, lenders, shareholders, insurers, customers, competitors, vendors, contract counterparties of the Debtor or other Interested Parties in unrelated matters.

25. Similarly, members of D&P may have business associations with certain of the Debtor's creditors, professionals, service providers or other Interested Parties, or interests adverse to such creditors, professionals, service providers or Interested Parties herein, which associations to the best of my knowledge and information have no connection with these proceedings.

26. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor D&P has entered into any agreements, express or implied, with any other party in interest, including the Debtor, any creditor, or any attorney for such party in interest in this Chapter 11 Case.

27. Based upon the foregoing, I believe that D&P does not hold an adverse interest to the Debtor's estate.

28. D&P reserves the right to supplement this Declaration in the event that D&P discovers any facts bearing on matters described in this Declaration regarding D&P's employment by the Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Geoffrey Varga

Executed this 30 day of July 2018

**POTENTIAL PARTIES IN INTEREST**

## Interested Parties

**Debtor:**
Ritchie Risk-Linked Strategies, L.L.C.

**Debtor's Managing Member**
Ritchie Partners, L.L.C.

**Owner of 5% or More of Equity in the Debtor**
Ritchie Multi-Strategy Global, LLC

**Managing Member's Officer**
Michael Cilento

**Manager of Debtor's Managing Member**
Ritchie Capital Management, L.L.C.

**Pre-Petition and Potential Post-Petition Lender**
Ritchie Multi-Strategy Global Trading, Ltd.

**Adverse Parties to Litigation**
Huizenga Managers Fund, LLC
Arch Specialty Insurance Co.
Continental Casualty

**Co-Defendants in Prepetition Litigation**
A.R. Thane Ritchie
Ritchie Partners, L.L.C.
Ritchie Capital Management, L.L.C.
Ritchie Capital Management SEZC, Ltd.
Arch Specialty Insurance Co.
Continental Casualty

**Prepetition Replacement Counsel**
Swanson Martin & Bell LLP

**Debtor's Twenty (20) Largest Non-Insider Unsecured Creditors**
Arch Specialty Insurance Co.
Clayborne Wagner Sabo
Continental Casualty
Elias Gutzler Spicer
Fernandes, Frank
Global Intelligence Consultants, Inc.
Grasso Bass
Huizenga Managers Fund, LLC
Kroll Discovery
Law Office of Jeffrey Crane LLC
Mack Law Group
McGuire Woods LLP
Regus Group Companies
Special Solutions, Ltd.
Valterra Holdings, LLC

**United States Trustee's Office**
Andy Vara
Thomas Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Jaclyn Weissgerber
Michael West
Dion Wynn

2

**Bankruptcy Judges**
Kevin J. Carey
Kevin Gross
Brendan L. Shannon
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

**Debtor's Professionals**
Potter Anderson & Corroon, P.A
Reed Smith LLP