IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RITCHIE RISK-LINKED STRATEGIES, L.L.C., | Case No. 18-11555 (KJC) |
| Debtor. | |

**DECLARATION OF STEVEN L. CAPONI IN SUPPORT OF HUIZENGA MANAGERS FUND, LLC'S MOTION TO MOTION TO DISMISS THE CASE PURSUANT TO 11 U.S.C. §§ 1112(b) AND 305(a)**

I, Steven L. Caponi do hereby state as follows:

1. I am an attorney with the law firm of K&L Gates LLP, and I represent the Huizenga Managers Fund, LLC, in the above-captioned action. I am admitted to practice before and am in good standing with the Bar of the Supreme Court of the State of Delaware.

2. I am over 21 years of age and fully competent to make this Declaration.

3. I submit this Declaration in support of Huizenga Managers Fund, LLC's Motion to Dismiss the Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) in the above-captioned action.

4. Attached to this Declaration are true and correct copies of the following documents.

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
| 1 | 11/1/2005 | Third Amended and Restated Limited Liability Company Operating Agreement, *Ritchie Risk-Linked Strategies, L.L.C.* | A-001-085 |
| 2 | 1/27/2015 | Mem. Order & Judgment, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-086-138 |
| 3 | 8/25/2015 | Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-139-140 |

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
| 4 | 3/31/2017 | Ritchie Capital Mgmt., L.L.C., Uniform Application for Inv. Adviser Registration & Report by Exempt Reporting Advisers (Form ADV). | A-141-198 |
| 5 | 5/24/2017 | Summons & Complaint for Declaratory Judgment, *Ritchie v. Huizenga Managers Fund, LLC*, Case No. 17-05-598 (Del. Super. Ct.). | A-199-214 |
| 6 | 8/30/2017 | Pls.' Answering Br. in Opp. to Def.'s Motion to Dismiss or Stay, *Ritchie v. Huizenga Managers Fund, LLC*, Case No. 17-05-598 (Del. Super. Ct.). | A-215-254 |
| 7 | 10/19/2017 | Order Correcting, *Nunc Pro Tunc*, Corrected Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-255-258 |
| 8 | 1/4/2018 | Citation Notice & Citation to Discover Assets to Ritchie Risk-Linked Strategies, LLC, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-CH-14072 (Ill. Cir. Ct. Cook Cty.). | A-259-271 |
| 9 | 1/17/2018 | First Amended Complaint, *Ritchie v. Arch Specialty Ins. Co.*, Case No. 15-CH-13480 (Ill. Cir. Ct. Cook Cty.). | A-272-296 |
| 10 | 1/31/2018 | Temporary Restraining Order, *John Doe Corp. 1 v. Huizenga Managers Fund LLC*, Case No. 18-CH-52 (Ill. Cir. Ct. Madison Cty.). | A-297-303 |
| 11 | 2/20/2018 | Citation Notice & Citation to Discover Assets to Clayborne, Sabo & Wagner LLP, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-CH-14072 (Ill. Cir. Ct. Cook Cty.). | A-304-315 |
| 12 | 3/5/2018 | Verified Complaint, *Ritchie Risk-Linked Opportunities LLC v. Ritchie Risk-Linked Strategies LLC*, Case No. 18-L-147 (Ill. Cir. Ct. St. Clair Cty.). | A-316-317 |

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
| 13 | 3/8/2018 | Verified Complaint, *Ritchie Multi-Strategies Global, L.L.C. v. Huizenga Managers Fund LLC*, Case No. 18-CH-135 (Ill. Cir. Ct. St. Clair Cty.). | A-318-339 |
| 14 | 3/13/2018 | Temporary Restraining Order, *Ritchie Multi-Strategies Global, L.L.C. v. Huizenga Managers Fund LLC*, Case No. 18-CH-135 (Ill. Cir. Ct. St. Clair Cty.). | A-340-347 |
| 15 | 3/21/2018 | Order, *Ritchie Multi-Strategies Global, L.L.C. v. Huizenga Managers Fund LLC*, Case No. 18-CH-135 (Ill. Cir. Ct. St. Clair Cty.). | A-348 |
| 16 | 4/6/2018 | Letter from Ritchie Multi-Strategy, LLC, to Peter H. Huizenga. | A-349-352 |
| 17 | 4/12/2018 | Judgment Order, *Ritchie Risk-Linked Opportunities LLC v. Ritchie Risk-Linked Strategies LLC*, Case No. 18-L-147 (Ill. Cir. Ct. St. Clair Cty.). | A-353 |
| 18 | 4/13/2018 | Verified Complaint, *Swansea Beneciary [sic] Tr., LLC v. Ritchie Risk-Linked Strategies L.L.C.*, Case No. 18-L-262 (Ill. Cir. Ct. St. Clair Cty.). | A-354-356 |
| 19 | 4/17/2018 | Letter from Ritchie CT Opps, LLC, to Huizenga Managers Fund, LLC. | A-357 |
| 20 | 4/20/2018 | Verified Complaint, *Swansea Beneficiary Tr., LLC v. Ritchie Partners, L.L.C.*, Case No. 2018-296 (Del. Ch.). | A-358-363 |
| 21 | 4/20/2018 | Letter from Ritchie Multi-Strategy Global Trading, Ltd., to Huizenga Managers Fund, LLC. | A-364 |
| 22 | 4/25/2018 | Letter from Ritchie Multi-Strategy Global, LLC, to Huizenga Managers Fund, LLC. | A-365 |
| 23 | 4/26/2018 | Letter from A.R. Thane Ritchie, to Huizenga Managers Fund, LLC et al. | A-366-367 |

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
| 24 | 4/27/2018 | Letter from Ritchie Risk-Linked Opportunities, L.L.C., to Huizenga Managers Fund, LLC. | A-368 |
| 25 | 5/3/2018 | Pls.' Amended Complaint, *John Doe Corp. 1 v. Huizenga Managers Fund LLC*, Case No. 18-CH-236 (Ill. Cir. Ct. DuPage Cty.). | A-369-382 |
| 26 | 5/3/2018 | Summons & Complaint, *Ritchie Multi-Strategy Global, LLC v. Huizenga Managers Fund, LLC*, Case No. 18-05-50 (Del. Super. Ct.). | A-383-402 |
| 27 | 5/4/2018 | Complaint, *Ritchie Risk Linked Strategies, LLC v. Williams Montgomery & John Ltd.*, Case No. 18-L-507 (Ill. Cir. Ct. DuPage Cty.). | A-403-417 |
| 28 | 5/17/2018 | Order, *Ritchie Risk Linked Strategies, LLC v. Williams Montgomery & John Ltd.*, Case No. 18-L-507 (Ill. Cir. Ct. DuPage Cty.). | A-418 |
| 29 | 5/25/2018 | Second Amended Complaint, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-L-9244 (Ill. Cir. Ct. Cook Cty.). | A-419-465 |
| 30 | 6/8/2018 | Pl.-Appellee's Motion to Dismiss Appeal of Def.-Appellant A.R. Thane Ritchie, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 1-17-2862 (Ill. App. Ct. 1st Dist.). | A-466-482 |
| 31 | 6/14/2018 | Motion to Voluntarily Dismiss Appeal of Def.-Appellant Ritchie Risk-Linked Strategies, LLC, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 1-17-2862 (Ill. App. Ct. 1st Dist.). | A-483-486 |
| 32 | 6/18/2018 | Def.'s, Ritchie Risk-Linked Strategies, LLC, Motion to Vacate Void Judgments Dated Jan. 27, 2015, July 16, 2015 & Aug. 25, 2015, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-487-500 |
| 33 | 6/18/2018 | Amended & Supplemental Verified Complaint, *Ritchie CT Opps, LLC v. Huizenga Managers Fund, LLC*, Case No. 2018-196 | A-501-530 |

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
| | | (Del. Ch.) (as redacted on June 25, 2018). | |
| 34 | 6/19/2018 | Hr'g Tr., *John Doe Corp. 1 v. Huizenga Managers Fund LLC*, Case No. 18-CH-236 (Ill. Cir. Ct. DuPage Cty.). | A-531-545 |
| 35 | 6/21/2018 | Motion to Dismiss Def. Ritchie Risk-Linked Strategies, LLC's Motion to Vacate Void Judgments Dated Jan. 27, 2015, July 16, 2015 & Aug. 25, 2015, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-546-562 |
| 36 | 6/25/2018 | Motion to Continue Hr'g Scheduled for June 29, 2018, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-563-568 |
| 37 | 6/28/2018 | Pl.'s Motion for Default Judgment Pursuant to 735 ILCS 5/2-1301, *Swansea Beneciary Tr., LLC v. Ritchie Risk-Linked Strategies L.L.C.*, Case No. 18-L-262 (Ill. Cir. Ct. St. Clair Cty.). | A-569-571 |
| 38 | 6/28/2018 | Judgment Order, *Swansea Beneciary Tr., LLC v. Ritchie Risk-Linked Strategies L.L.C.*, Case No. 18-L-262 (Ill. Cir. Ct. St. Clair Cty.). | A-572-573 |
| 39 | 6/28/2018 | Amended Judgment Order, *Swansea Beneciary Tr., LLC v. Ritchie Risk-Linked Strategies L.L.C.*, Case No. 18-L-262 (Ill. Cir. Ct. St. Clair Cty.). | A-574-575 |
| 40 | 6/29/2018 | Suggestion of Bankruptcy, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-576-581 |
| 41 | 6/29/2018 | Hr'g Tr., *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-582-592 |
| 42 | 7/5/2018 | Letter from K. Gwynne, to C. Barber. | A-593-597 |
| 43 | 7/10/2018 | Def. Ritchie Capital Mgmt. LLC, Ritchie Partners, LLC & Ritchie Risk-Linked Strategies, LLC's Motion to Stay Litigation, | A-598-603 |

5

| Ex. No. | Date | Document | Pages |
|---|---|---|---|
|  |  | Case No. 17-L-9244 (Ill. Cir. Ct. Cook Cty.). |  |
| 44 | 7/19/2018 | Defs.' Br. in Further Support of Motion to Dissolve Temporary Restraining Order & for Damages and in Support of Motion for Sanctions, *John Doe Corp. 1 v. Huizenga Managers Fund LLC*, Case No. 18-CH-236 (Ill. Cir. Ct. DuPage Cty.). | A-604-616 |
| 45 | 7/20/2018 | Amended Complaint, *Ritchie Multi-Strategy Global, LLC v. Huizenga Managers Fund, LLC*, Case No. 18-05-50 (Del. Super. Ct.). | A-617-635 |
| 46 | 7/24/2018 | Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 1-17-2862 (Ill. App. Ct. 1st Dist.). | A-636 |
| 47 | 7/25/2018 | Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-L-9244 (Ill. Cir. Ct. Cook Cty.). | A-637-638 |
| 48 | 7/31/2018 | Tr. of 341 Meeting, *In re Ritchie Risk-Linked Strategies, LLC*, Case No. 18-11555 (Bankr. D. Del.). | A-639-700 |
| 49 | 8/3/2018 | Hr'g Tr., *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-701-709 |
| 50 | 8/3/2018 | Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | A-710 |

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 8, 2018

Steven L. Caponi, Esq. (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
*Counsel for Huizenga Managers Fund, LLC*