## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br><br>Debtor. | Chapter 11<br><br><br>Case No. 18-11555 (KJC) |

### NOTICE OF SERVICE

I, Steven L. Caponi, hereby certify that on August 10, 2018, I caused copies of Huizenga Managers Fund LLC's First Set of Requests for Inspection and Production of Documents to the Debtor to be served via electronic mail on the following party:

> Kurt F. Gwynne
> Reed Smith LLP
> 1201 Market Street
> 15th Floor
> Wilmington, DE 19801
> Email: kgwynne@reedsmith.com

Dated: August 13, 2018              **K&L GATES LLP**

                                                            */s/ Steven L. Caponi*
                                                            Steven L. Caponi, Esq. (No. 3484)
                                                            600 N. King Street, Suite 901
                                                            Wilmington, DE 19801
                                                            Phone: (302) 416-7080
                                                            steven.caponi@klgates.com

                                                            *Counsel for Huizenga Managers Fund, LLC*