# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-11555 (KJC)<br><br>Objection Deadline: August 28, 2018, at 4:00 pm (ET)<br>Hearing Date: September 4, 2018 at 1:30 pm (ET) |

### NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE CLAIMS OR ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027

PLEASE TAKE NOTICE that, on August 13, 2018, Ritchie Risk-Linked Strategies, L.L.C., debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed the *Debtor's Motion for Entry of an Order Extending the Period Within Which the Debtor May Remove Claims or Actions Pursuant to 28 U.S.C. 1452 and Federal Rule of Bankruptcy Procedure 9027* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned, proposed attorneys for the Debtor so as to be received on or before **August 28, 2018, at 4:00 p.m. (Eastern).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Kevin J. Carey at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **September 4, 2018, at 1:30 p.m. (Eastern).**

---

[1] The last four digits of the Debtor's federal tax identification number are 0458.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 13, 2018
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
       jangelo@reedsmith.com

*Proposed Counsel to the
Debtor in Possession*