**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RITCHIE RISK-LINKED STRATEGIES, L.L.C., | Case No. 18-11555 (KJC) |
| Debtor. [1] | **Re: Docket No.** _____ |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE CLAIMS OR ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027

Upon consideration of the *Debtor's Motion for Entry of an Order Extending the Period Within Which the Debtor May Remove Claims or Actions Pursuant to 28 U.S.C. 1452 and Federal Rule of Bankruptcy Procedure 9027* (the "Motion")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a) and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and parties in

---

[1]     The last four digits of the Debtor's federal tax identification number are 0458.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The time period provided by Bankruptcy Rule 9027 within which the Debtor may remove *prepetition* claims or actions under Bankruptcy Rule 9027(a)(2) is enlarged and extended through and including January 24, 2019 (the "Extended Pre-Petition Removal Deadline").  The Extended Pre-Petition Removal Deadline applies to all claims and actions governed by Bankruptcy Rule 9027(a)(2).

2.      The time period provided by Bankruptcy Rule 9027 within which the Debtor may remove *post-petition* claims or proceedings under Bankruptcy Rule 9027(a)(3) is enlarged and extended to the later of (i) January 24, 2019 and (ii) the shorter of the time periods specified in Bankruptcy Rule 9027(a)(3)(A)-(B) (the "Extended Post-Petition Removal Deadline"). The Extended Post-Petition Removal Deadline applies to all claims and actions governed by Bankruptcy Rule 9027(a)(3).

3.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

4.      This Order shall be without prejudice to (i) any position the Debtor may take regarding whether Bankruptcy Code section 362 applies to stay any claim or action pending against the Debtor or (ii) the Debtor's right to seek a further extension of the Extended Removal Deadlines.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:  September _____, 2018
        Wilmington, Delaware

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE