# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11555 (KJC) |

## DECLARATION OF STEVEN L. CAPONI IN SUPPORT OF HUIZENGA MANAGERS FUND, LLC'S OBJECTION TO DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF POTTER ANDERSON & CORROON LLP AS SPECIAL LITIGATION COUNSEL

I, Steven L. Caponi do hereby state as follows:

1. I am an attorney with the law firm of K&L Gates LLP, and I represent the Huizenga Managers Fund, LLC, in the above-captioned action. I am admitted to practice before and am in good standing with the Bar of the Supreme Court of the State of Delaware.

2. I am over 21 years of age and fully competent to make this Declaration.

3. I submit this Declaration in support of Huizenga Managers Fund, LLC's Objection to Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Special Litigation Counsel in the above-captioned action.

4. Attached to this Declaration are true and correct copies of the following documents:

| Exhibit No. | Date | Document | Beginning Page | Ending Page |
|---|---|---|---|---|
| 1 | 3/7/2017 | Letter from Myron T. Steele, Esq. | B-001 | B-004 |
| 2 | 3/10/2017 | Amicus Brief of Jeffrey W. Bullock et al., *Huizenga Managers Fund, LLC v. Ritchie*, 84 N.E.3d 364 (No. 121989). | B-005 | B-026 |

| Exhibit No. | Date | Document | Beginning Page | Ending Page |
|---|---|---|---|---|
| 3 | 11/22/2017 | Motion for Leave to File Brief of *Amici Curiae* and Brief of *Amici Curiae* in Support of Petitioners, *Ritchie v. Huizenga Managers Fund, LLC*, 138 S. Ct. 739 (No. 17-610). | B-027 | B-049 |
| 4 | 3/19/2018 | Verified Complaint, *Ritchie CT Opps, LLC v. Huizenga Managers Fund, LLC*, Case No. 2018-196 (Del. Ch.) (as redacted on March 22, 2018). | B-050 | B-070 |
| 5 | 5/3/2018 | Summons & Complaint, *Ritchie Multi-Strategy Global, LLC v. Huizenga Managers Fund, LLC*, Case No. 18-05-50 (Del. Super. Ct.). | B-071 | B-090 |
| 6 | 6/18/2018 | Amended and Supplemental Verified Complaint, *Ritchie CT Opps, LLC v. Huizenga Managers Fund, LLC*, Case No. 2018-196 (Del. Ch.) (as redacted on March 22, 2018) (as redacted on June 25, 2018). | B-091 | B-120 |

5.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 13, 2018

Steven L. Caponi, Esq. (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

*Counsel for Huizenga Managers Fund, LLC*

2