IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RITCHIE RISK-LINKED STRATEGIES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-11555 (KJC) |

**DECLARATION OF STEVEN L. CAPONI IN SUPPORT OF HUIZENGA MANAGERS FUND, LLC'S OBJECTION TO DEBTOR'S APPLICATION FOR AN ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF <u>REED SMITH LLP AS BANKRUPTCY COUNSEL</u>**

I, Steven L. Caponi do hereby state as follows:

1. I am an attorney with the law firm of K&L Gates LLP, and I represent the Huizenga Managers Fund, LLC, in the above-captioned action. I am admitted to practice before and am in good standing with the Bar of the Supreme Court of the State of Delaware.

2. I am over 21 years of age and fully competent to make this Declaration.

3. I submit this Declaration in support of Huizenga Managers Fund, LLC's Objection to Debtor's Application for an Entry of an Order Authorizing the Employment and Retention of Reed Smith LLP as Bankruptcy Counsel.

4. Attached to this Declaration are true and correct copies of the following documents:

| Exhibit No. | Date | Document | Beginning Page | Ending Page |
|---|---|---|---|---|
| 1 | 11/1/2005 | Third Amended and Restated Limited Liability Company Operating Agreement, *Ritchie Risk-Linked Strategies, L.L.C.* | B-001 | B-085 |
| 2 | 10/28/2015 | Wire Transfer Record. | B-086 | B-086 |
| 3 | 11/12/2015 | Wire Transfer Record. | B-087 | B-087 |

| Exhibit No. | Date | Document | Beginning Page | Ending Page |
|---|---|---|---|---|
| 4 | 3/11/2016 | Wire Transfer Record. | B-088 | B-088 |
| 5 | 4/21/2016 | Wire Transfer Record. | B-089 | B-089 |
| 6 | 11/29/2016 | Wire Transfer Record. | B-090 | B-090 |
| 7 | 3/20/2017 | Wire Transfer Record. | B-091 | B-091 |
| 8 | 5/16/2017 | Wire Transfer Record. | B-092 | B-092 |
| 9 | 5/23/2017 | E-Mail from John S. Vishneski, Esq., to Thane Ritchie et al. | B-093 | B-093 |
| 10 | 5/25/2017 | Wire Transfer Record. | B-094 | B-094 |
| 11 | 5/26/2017 | E-Mail from K. Rosenblum, Esq., to John S. Vishneski, Esq. et al. | B-095 | B-095 |
| 12 | 8/30/2017 | Pls.' Answering Br. in Opposition to Defs.' Mot. to Dismiss or Stay, *Ritchie v. Huizenga Managers Fund, LLC*, Case No. 17-05-598 (Del. Super. Ct.). | B-096 | B-135 |
| 13 | 9/28/2017 | Wire Transfer Record. | B-136 | B-136 |
| 14 | 10/20/2017 | Petition for a Writ of Certiorari, *Ritchie v. Huizenga Managers Fund, LLC*, 138 S. Ct. 739 (No. 17-610) (without appendix). | B-137 | B-176 |
| 15 | 11/16/2017 | Notice of Non-Appearance, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-CH-14072 (Ill. Cir. Ct. Cook Cty.). | B-177 | B-178 |
| 16 | 12/7/2017 | Br. in Opposition to Petition for a Writ of Certiorari, *Ritchie v. Huizenga Managers Fund, LLC*, 138 S. Ct. 739 (No. 17-610). | B-179 | B-212 |
| 17 | 12/28/2017 | Citation Notice & Citation to Discover Assets to Reed Smith LLP, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 17-CH-14072 (Ill. Cir. Ct. Cook Cty.). | B-213 | B-221 |
| 18 | 12/28/2017 | Wire Transfer Record. | B-222 | B-222 |

| Exhibit No. | Date | Document | Beginning Page | Ending Page |
|---|---|---|---|---|
| 19 | 5/3/2018 | Summons & Complaint, *Ritchie Multi-Strategy Global, LLC v. Huizenga Managers Fund, LLC*, Case No. 18-05-50 (Del. Super. Ct.). | B-223 | B-242 |
| 20 | 6/29/2018 | Hr'g Tr., *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | B-243 | B-253 |
| 21 | 7/18/2018 | Br. of Huizenga Managers Fund, LLC in Response to the Court's June 29, 2018 Order, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | B-254 | B-270 |
| 22 | 7/18/2018 | Br. of Debtor Ritchie Risk-Linked Strategies, LLC Regarding Scope of Automatic Stay Pursuant to Section 362(a) of the United States Bankruptcy Stay, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | B-271 | B-281 |
| 23 | 7/31/2018 | Tr. of 341 Meeting, *In re Ritchie Risk-Linked Strategies, LLC*, Case No. 18-11555 (Bankr. D. Del.). | B-282 | B-343 |
| 24 | 8/2/2018 | Letter from C. Barber, to Judge Peter Flynn, *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | B-344 | B-349 |
| 25 | 8/3/2018 | Hr'g Tr., *Huizenga Managers Fund, LLC v. Ritchie*, Case No. 07-CH-9626 (Ill. Cir. Ct. Cook Cty.). | B-350 | B-358 |

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 13, 2018

_____
Steven L. Caponi, Esq. (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

*Counsel for Huizenga Managers Fund, LLC*