# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11555 (KJC)<br><br>**Related Docket No. 49** |

### NOTICE OF TELEPHONIC SCHEDULING CONFERENCE SCHEDULED FOR AUGUST 16, 2018 AT 2:00 P.M. (ET) BEFORE THE HONORABLE KEVIN J. CAREY

PLEASE TAKE NOTICE that a telephonic scheduling conference on the Motion of Ritchie CT Opps, LLC, for Expedited Hearing and Shortened Notice Regarding the Emergency Motion to Seal Huizenga Managers Fund, LLC's Motion to Dismiss the Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (D.I. 49) has been scheduled for August 16, 2018, at 2:00 p.m. (ET).  All telephonic court appearances must be arranged through CourtCall, LLC prior to noon on August 16, 2018 (T:  866-582-6878 or F:  866-533-2946).

Dated: August 15, 2018
       Wilmington, Delaware

                                              */s/ Mark L. Desgrosseilliers*
                                              Mark L. Desgrosseilliers (Del. Bar No. 4083)
                                              Morgan L. Patterson (Del. Bar No. 5388)
                                              Womble Bond Dickinson (US) LLP
                                              222 Delaware Avenue, Suite 1501
                                              Wilmington, DE 19801
                                              Telephone:  (302) 252-4320
                                              Facsimile:  (302) 252-4330
                                              Email:  mark.desgrosseilliers@wbd-us.com
                                              Email:  morgan.patterson@wbd-us.com

                                              Counsel to Ritchie CT Opps, LLC