# Court Conference

Calendar Date: **08/16/2018**
Calendar Time: **02:00 PM ET**

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

2nd Revision  Aug 16 2018 7:27AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9258320 | Jason D. Angelo | (415) 543-8700 ext. | Reed Smith LLP | Debtor, Ritchie Risk-Linked Strategies LLC / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9257834 | Christopher Barber  *SUB JONATHAN MILLER* | (312) 443-3277 ext. | Williams Montgomery & John | Creditor, Huizenga Managers Fund / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9257750 | Paul J. Battista | (305) 349-2300 ext. | Genovese Joblove & Battista, P.A. | Interested Party, Ritchie Multi-Strategy Global Trading, Ltd / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9257769 | Steven L. Caponi | (302) 416-7000 ext. | K&L Gates LLP | Creditor, Huizenga Managers Fund / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9257680 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | DIP Lender, Ritchie Multi-Strategy Global Trading, Ltd. / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9258267 | Kurt Gwynne | (302) 778-7550 ext. | Reed Smith LLP | Debtor, Ritchie Risk-Linked Strategies LLC / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9259077 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew Vera / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9257795 | Steve Jakubowski | (312) 456-0191 ext. | Robbins, Salomon & Patt, Ltd. | Creditor, Huizenga Managers Fund / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9258215 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ritchie Capital Management / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9258282 | Morgan L. Patterson | (302) 252-4341 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Ritchie CT Opps, Inc. / LIVE |
| | | Ritchie Risk-Linked Strategies, L.L.C. | 18-11555 | Hearing | 9259026 | John E. Sabo | (618) 239-0187 ext. | Clayborne Sabo & Wagner LLP | Interested Party, Interested Party / LIVE |