# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RITCHIE RISK-LINKED STRATEGIES, L.L.C.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-11555 (KJC)<br><br>**Re: Docket No.** \_\_\_\_ |

**ORDER GRANTING DEBTOR'S MOTION
VOLUNTARILY DISMISSING CHAPTER 11 CASE**

Upon consideration of the motion of the above-captioned debtor in possession (the "Debtor") for entry of an order, pursuant to section 1112(b) of the Bankruptcy Code, Bankruptcy Rule 1017(a), and Local Rule 1017-2, voluntarily dismissing the chapter 11 case (the "Motion")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and the Debtor's creditors; and due and proper notice of the Motion having been provided; and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1); and with the consent of the Office of the United States Trustee for Region Three (the "U.S. Trustee") and Huizenga Managers Fund, LLC ("Huizenga'), and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 0458.

2.       Pursuant to section 1112(b) of the Bankruptcy Code, the Debtor's chapter 11 case is hereby dismissed.

3.       The Debtor shall remit to the U.S. Trustee all accrued and unpaid U.S. Trustee Fees by no later than ten (10) business days after entry of this Order.

4.       Notwithstanding 11 U.S.C. § 349(a), the Debtor may not file a new petition for relief under the Bankruptcy Code within 180 days of the entry of this Order.

5.       The U.S. Trustee shall be provided prompt written notice if any of the following parties files a petition for relief under the Bankruptcy Code in any Federal District within one (1) year after entry of this Order: the Debtor, Ritchie CT Opps, LLC, Ritchie Capital Management, L.L.C., Ritchie Partners, L.L.C., Ritchie Multi-Strategy Global Trading, Ltd., and A. R. Thane Ritchie.

6.       The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7.       The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

8.       The terms of this Order shall be enforceable immediately, notwithstanding any stay otherwise applicable.

9.       The Clerk of the Court shall close the Debtor's chapter 11 case immediately upon entry of this Order.

Dated: October __, 2018
       Wilmington, Delaware

                                HONORABLE KEVIN J. CAREY
                                UNITED STATES BANKRUPTCY JUDGE